UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Wayne Simpson, Civ. File No. 01-707 (PAM/JGL)

Petitioner,

v. **ORDER**

Cheryl R. Hvass,
Commissioner of Corrections, et al.

Respondents.

---

This matter is before the Court on Petitioner's Motion for Extension of Time to File Objections to Report and Recommendation. The Court has carefully reviewed Petitioner's submission. On the basis of that review, the Court grants Petitioner's Motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Extension of Time to File Objections to Report and Recommendation (Clerk Doc. No. 5) is **GRANTED**; and

2. Petitioner may file Objections to the Report and Recommendation of Magistrate Judge Jonathon G. Lebedoff (Clerk Doc. No. 3) on or before Friday June 29, 2001.

Dated: June 13, 2001

Paul A. Magnuson
United States District Court Judge

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________