01-707

Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641014255
Cashier ID: jnurnber
Transaction Date: 06/26/2007
Payer Name: MCF WILLOW RIVER MOOSE LAKE

---

PLRA CIVIL FILING FEE
For: KEITH WAYNE SIMPSON
Case/Party: D-MNX-0-01-CV-000707-001
Amount: $9.00

---

CHECK
Check/Money Order Num: 02848
Amt Tendered: $9.00

---

Total Due: $9.00
Total Tendered: $9.00
Change Amt: $0.00

SCANNED
JUN 27 2007
U.S. DISTRICT COURT MPLS.